UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
DARIN RONDOL MARCUS
3610 WALDEN LANE, UNIT B
HIGH POINT, NC  27265

CASE NO. 20-10870
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-0165

DATE: 06/11/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $960.78<br>INT:  .00%<br>NAME ID: 170495<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 1006<br>COMMENT: |
| AMERICAN WEB LOAN<br>2747 W CLAY ST STE A<br>SAINT CHARLES, MO  63301 | $0.00<br>INT:  .00%<br>NAME ID: 182115<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AT&T<br>WIRELESS CORRESPONDENCE<br>P O BOX 10330<br>FORT WAYNE, IN  46851-0330 | $0.00<br>INT:  .00%<br>NAME ID: 170535<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BETHANY MEDICAL CENTER<br>507 LINDSAY STREET<br>HIGH POINT, NC  27262 | $0.00<br>INT:  .00%<br>NAME ID: 36990<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $8,776.52<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 3360<br>COMMENT: |
| CITIBANK<br>P O BOX 6500<br>SIOUX FALLS, SD  57117 | $0.00<br>INT:  .00%<br>NAME ID: 6102<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,354.21<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 7985<br>COMMENT: |
| FIRST NATIONAL BANK<br>P O BOX 2496<br>OMAHA, NE  68103 | $0.00<br>INT:  .00%<br>NAME ID: 183780<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  159804<br>CLAIM #:  0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 0165<br>COMMENT: OC |
| KINGS CREDIT SERVICES<br>510 N DOUTY ST<br>HANFORD, CA  93230 | $0.00<br>INT:  .00%<br>NAME ID:  183781<br>CLAIM #:  0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 0165<br>COMMENT: OC |
| NAVIENT SOLUTIONS LLC<br>OBO ECMC/VA<br>LOCKBOX 8682<br>P O BOX 16478<br>ST PAUL, MN  55116-0478 | $30,856.00<br>INT:  .00%<br>NAME ID:  183828<br>CLAIM #:  0017 | | (U) UNSECURED<br><br>ACCT: 0165<br>COMMENT: |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $6,830.10<br>INT:  .00%<br>NAME ID:  161576<br>CLAIM #:  0018 | | (U) UNSECURED<br><br>ACCT: 0547<br>COMMENT: |
| PROSPER FUNDING LLC<br>101 SECOND ST 15TH FLOOR<br>SAN FRANCISCO, CA  94105 | $0.00<br>INT:  .00%<br>NAME ID:  157031<br>CLAIM #:  0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $8,168.00<br>INT:  5.25%<br>NAME ID:  66723<br>CLAIM #:  0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 0438<br>COMMENT: 13KIA |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $275.51<br>INT:  .00%<br>NAME ID:  66723<br>CLAIM #:  0005 | | (U) UNSECURED<br><br>ACCT: 8069<br>COMMENT: OC |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $5,575.49<br>INT:  .00%<br>NAME ID:  66723<br>CLAIM #:  0006 | | (U) UNSECURED<br><br>ACCT: 3839<br>COMMENT: OC |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $893.93<br>INT:  .00%<br>NAME ID:  66723<br>CLAIM #:  0007 | | (U) UNSECURED<br><br>ACCT: 0438<br>COMMENT: SPLIT |
| WTJ CAPITAL<br>919 N MARKET ST STE 950<br>WILMINGTON, DE  19801 | $0.00<br>INT:  .00%<br>NAME ID:  183782<br>CLAIM #:  0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$63,690.54** | | |

PAGE 3 - CHAPTER 13 CASE NO. 20-10870

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,950.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 06/11/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/ Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice